# DIVIDENDS REMITTED TO THE COURT

Case Number 08-12773 - DOYLE, RYAN LYNN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Vision Therapy of Wichita**<br>**co Recheck Incorporated**<br>**200 W Douglas Ste 103**<br>**Wichita KS 67202** | **000007** | **25.00** | **4.71** |
| ---------- Remittance Total -------------- | | **25.00** | **4.71** |

STEVEN L. SPETH, Trustee



UNITED STATES
BANKRUPTCY COURT KANSAS

Wichita Division

Check Number: 1008          Amount:     4.71

LYNN

Trustee:   STEVEN L. SPETH
           300 WEST DOUGLAS
           SUITE 230
           WICHITA, KS 67202

Vision Therapy of Wichita